**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**MEMORANDUM ORDER**

Appellate case name:      In re J.D. and A.R.M.

Appellate case number:   01-19-00769-CV

Trial court case number: 2018-35622

Trial court:                      507th District Court of Harris County

Relators, Deanna Marshall and Joshua Marshall, filed a petition for writ of mandamus with respect to the trial court's order denying their motion for summary judgment as to the claims brought by real party in interest, John Moreland, in a suit affecting the parent-child relationship. Relators also have filed a "Motion for Temporary Relief," requesting a stay of the October 15, 2019 trial of the underlying lawsuit "until the issue of Limitations raised in the Motion for Summary Judgment is determined."

The motion for temporary relief is **granted**. *See* TEX. R. APP. P. 29.3; 29.5(b). The proceedings in cause number 2018-35622 in the 507th District Court of Harris County are stayed. The stay is effective until disposition of the pending petition for writ of mandamus or further order of this Court.

It is so ORDERED.

Judge's signature:_____/s/ Julie Countiss_____
                              Acting individually

Date:  October 14, 2019